95 A.3d 273

**Richard M. RYAN (individually and derivatively on behalf of VJC, LLC, also formerly known as Voyager Jet Center, LLC), Respondents**

v.

**James J. DOLAN; Michael Dolan; Charles P. Falce; W. Dean Genge; Douglas L. Hein; Voyager Group, LP; 1776 Holdings, LLC; Voyager Jet Center, LLC; Voyager Jet Charter Services, LLC; Voyager Jet Charter Services, Inc.; Voyager Jet Fuelers, LLC; Jet Access, LLC; Does 1–10, Petitioners.**

Supreme Court of Pennsylvania.

July 2, 2014.

## *ORDER*

PER CURIAM.

AND NOW, this 2nd day of July, 2014, the Petition for Allowance of Appeal and Motion for Leave to File Reply in Support of Petition for Allowance of Appeal are **DENIED.**